# Order

Michigan Supreme Court
Lansing, Michigan

July 3, 2018

Stephen J. Markman,
Chief Justice

155420

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                            SC: 155420
                                            COA: 329476

OCIE LEE CARSWELL,
     Defendant-Appellant.
                                            Oakland CC: 2015-254303-FH

_____/

On order of the Court, the application for leave to appeal the January 10, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2018
                                            

a0625
                                            Clerk